STATE OF CONNECTICUT *v.* MILTON E. ANDERSON

The defendant's "Motion for Permission to File Supplemental Brief" in the appeal from the Superior Court in Middlesex County is granted by the court.

*James D. Cosgrove,* in support of the motion.

Submitted January 19—decided February 15, 1978

STATE OF CONNECTICUT *v.* RICHARD FLORENCE ET AL.

The state's motion for an extension of time for the filing of a petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Paige J. Everin,* assistant attorney general, in support of the motion.

Submitted January 25—decided February 15, 1978

JOYCE A. PHIPPS ET AL. *v.* BERNICE NIEJADLIK ET AL.

The application by William S. Zeman and Joel M. Ellis for permission to file a brief as amici curiae in the appeal from the Superior Court in New Haven County is granted by the court.

*William S. Zeman* and *Joel M. Ellis,* in support of the motion.

Submitted January 27—decided February 15, 1978